**No. 11-7122. Troy Waymer, Petitioner v. McKither Bodison, Warden.**

565 U.S. 1097, 132 S. Ct. 856, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8851.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 703.

**No. 11-7126. McKindley Travis, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 1097, 132 S. Ct. 856, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 9017.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-7156. Carlos Garza, Petitioner v. T. Scott Hudson, et al.**

565 U.S. 1098, 132 S. Ct. 857, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8983.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 436 Fed. Appx. 924.

**No. 11-7167. Richard E. Wanke, Petitioner v. Illinois.**

565 U.S. 1098, 132 S. Ct. 867, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8937.

December 12, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 404 Ill. App. 3d 1178, 374 Ill. Dec. 1081, 996 N.E.2d 776.

**No. 11-7181. Henry L. Simmons, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 857, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8846.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 649 F.3d 301.

**No. 11-7202. Zoranda Paulson, Petitioner v. New Jersey.**

565 U.S. 1098, 132 S. Ct. 857, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8871.

December 12, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-7215. Kevin Cleveland, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 857, 181 L. Ed. 2d 558, 2011 U.S. LEXIS 8922.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 445.